No. 1178.   CLARK *v.* STATE OF WASHINGTON.   June 11, 1945.   Petition for writ of certiorari to the Supreme Court of Washington denied.   *Mr. Lucius G. Nash* for petitioner.

No. 1198.   PALMER *v.* SANFORD, WARDEN.   June 11, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Richard Alfred Palmer, pro se.   Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for respondent.

No. 1230.   MROZIK *v.* JOHNSTON, WARDEN.   June 11, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Edward R. Mrozik, pro se.   Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for respondent.

No. 1318.   SHAW *v.* ILLINOIS.   June 11, 1945.   Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1319.   DE FREITAS *v.* MARTIN, WARDEN.   June 11, 1945.   Petition for writ of certiorari to the Court of Appeals of New York denied.

No. 1334.   HAINES *v.* ILLINOIS.   June 11, 1945.   Petition for writ of certiorari to the Supreme Court of Illinois denied.